IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. CR 07 137 ML |
| | ) | In Violation of 8 U.S.C. |
| JUAN RODOLFO FERRO-PADILLA | ) | §§ 1326(a) and (b)(2) |
| a/k/a Juan Rudolfo | ) | 18 U.S.C. § 1028A |
| a/k/a Juan Vargas | ) | |
| a/k/a Jesus Millan | ) | |
| a/k/a Pedro Barbosa | ) | |

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

On or about October 8, 2007, the defendant JUAN RODOLFO FERRO-PADILLA, a/k/a Juan Rudolfo, a/k/a Juan Vargas, a/k/a Jesus Millan, a/k/a Pedro Barbosa, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

COUNT TWO

On or about October 8, 2007, the defendant JUAN RODOLFO FERRO-PADILLA, a/k/a Juan Rudolfo, a/k/a Juan Vargas, a/k/a Jesus Millan, a/k/a Pedro Barbosa, did knowingly and without lawful authority, produce a false United States identification document, to wit a Rhode Island operator's permit displaying the name Juan F. Vargas;

in violation of 18 U.S.C. §1028A.

A TRUE BILL:

REDACTED

Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

10-24-07
DATE