AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF R.I.

USA

vs

JUAN RODOLFO FERNANDEZ-PADILLA

**APPEARANCE**

Case Number: CR 07-137 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for D

I certify that I am admitted to practice in this court.

10/31/07
Date

[signature]
Signature

JAMES T. MCCORMICK 2614
Print Name Bar Number

128 DORRANCE ST RM 330
Address

PROVIDENCE RI 02903
City State Zip Code

831-2970 751-1797
Phone Number Fax Number