AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

JUAN RODOLFO FERRO-PADILLA
a/k/a - Juan Rodolfo, Juan Vargas, Jesus Millan, Pedro Barbosa

**WARRANT FOR ARREST**

CASE NUMBER: CR07-137ML

RECEIVED
U.S. MARSHALS SERVICE
OCT 24 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN RODOLFO FERRO-PADILLA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY & PRODUCE FALSE U.S. IDENTIFICATION DOCUMENT

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2) & 18:1028A

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

October 24, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at arrested by ICE | | |
| DATE RECEIVED 10/24/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Clel Wyant |
| DATE OF ARREST 10/31/07 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.