FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. )
)
JUAN RODOLFO FERRO-PADILLA )
a/k/a Juan Rudolfo )
a/k/a Juan Vargas )
a/k/a Jesus Millan )
a/k/a Pedro Barbosa )

Cr. No. 07-137 ML
In Violations of 8 U.S.C.
§§ 1326(a) and (b) (2)
18 U.S.C. § 1028A

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL**

Now comes Defendant Juan Rodolfo Ferro-Padilla who hereby moves this Honorable Court for one month continuance of the trial of this case. The grounds for this motion is that Defendant has requested copies of his medical records from various facilities and has not yet received them. These records may be relevant to issues presented in this case.

Defendant requests a one month continuance, and agrees that the period of time from the filing of this motion until the rescheduling of the trial date maybe considered excludable time under the Speedy Trial Act.

Defense counsel has consulted with the Assistant United States Attorney handling this case, who has indicated that the government has no objection to the motion for continuance.

JUAN RODOLFO FERRO-
PADILLA
By his attorneys,
McKENNA & McCORMICK

/s/ James T. McCormick
**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATION**

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Assistant United States Attorney
Mary E. Rogers
United States District Office
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

/s/ James T. McCormick